# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE "LARRY" HILLARD,<br><br>   Plaintiff,<br>vs.<br><br>CHASE BANK, et al.,<br><br>   Defendants. | CASE NO. 10cv1246 DMS (JMA)<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)(I)** |

   Plaintiff Lawrence "Larry" Hillard is currently incarcerated in a Mexican prison, and has filed the present Complaint with the help of his friend, James Connelly. Mr. Connelly has also filed an Application to Proceed *In Forma Pauperis* ("IFP") on behalf of Mr. Hillard.

   **Motion to Proceed IFP**[1]

   All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Plaintiff here has not satisfied the requirements of Section 1915(a) or (b),

///

---

[1] The Court notes it is unclear whether Mr. Hillard is a "prisoner" under 28 U.S.C. § 1915(h). However, for purposes of the present Order, the Court will assume that he falls within that definition.

1 | ///

2 | therefore his application to proceed IFP is DENIED and the Complaint is DISMISSED without
3 | prejudice.

4 | **IT IS SO ORDERED.**

5 | DATED: June 23, 2010

7 | HON. DANA M. SABRAW
United States District Judge